IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -7 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01834-BNB

N-A-M-,

    Applicant,

v.

JOHN LONGSHORE, Acting Field Office Director, Office of Detention and Removal, Immigration & Customs Enforcement, Department of Homeland Security,

    Respondent.

## ORDER TO FILE PRELIMINARY RESPONSE

Applicant, N-A-M-, currently is confined at the United States Immigration Customs and Enforcement Center in Aurora, Colorado. She has filed, through counsel, an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in this case and pursuant to **Redmon v. Wiley**, 550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate.

Respondent is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies. If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response. Respondent may not file a

dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Applicant has filed raising the issues asserted in the Application, as well as any responses to those grievances. Applicant may reply to the Preliminary Response and provide any information that might be relevant to her efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that **within twenty (20) days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty (20) days of the filing of the Preliminary Response** Applicant may file a Reply, if she desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response.

DATED October 2, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01834-BNB

Mark R. Barr
Attorney at Law
**DELIVERED ELECTRONICALLY**

Laura L. Lichter
Attorney at Law
**DELIVERED ELECTRONICALLY**

John Longshore, Acting Field Director - **CERTIFIED**
Denver District Office of ICE
Inspections and Customs Enforcement
4730 Paris Street
Denver, CO 80239

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to John Longshore; to The United States Attorney General; and to the United States Attorney's Office: PETITION FOR WRIT OF HABEAS CORPUS FILED 08/27/08 on 10/7/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk