IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01834-BNB

N-A-M,

      Applicant,

v.

JOHN LONGSHORE, Acting Field Office Director, Office of Detention and Removal,
Immigration & Customs Enforcement, Department of Homeland Security,

      Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 8 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the
Court has determined that this case does not appear to be appropriate for summary
dismissal. Therefore, the case will be drawn to a district judge and to a magistrate
judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate
judge.

DATED October 28, 2008, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01834-BNB

Mark R. Barr
Attorney at Law
**DELIVERED ELECTRONICALLY**

Laura L. Lichter
Attorney at Law
**DELIVERED ELECTRONICALLY**

Mark S. Pestal
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/28/08

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk