IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01834-WYD-KLM

N-A-M-

     Petitioner,

v.

JOHN LONGSHORE, Acting Field Office Director, Office of Detention and Removal,
Immigration & Customs Enforcement, Department of Homeland Security,

     Respondent.

---

ORDER

---

     This matter comes before the Court on Petitioner's Motion for Emergency

Temporary Restraining Order and Motion to Add Respondent (Doc. No. 10; Nov. 10,

2008).  A hearing on the motion was held on November 12, 2008.  The Court being fully

apprised on this matter hereby grants Petitioner's request for relief as follows:  The

Respondent is directed to permit a licensed medical doctor to prescribe and administer

medications, as deemed medically appropriate, to treat Petitioner's gender dysphoria.

The medication shall be provided at government expense.

     DATED at Denver, Colorado, this   13th   day of    November   , 2008.

          BY THE COURT:

          _Zita L. Weinshienk_____
          ZITA L. WEINSHIENK, Senior Judge
          United States District Court