IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01834-WYD-KLM

N.A.M.,

    Petitioner,

v.

JOHN LONGSHORE, Acting Field Office Director,

    Respondent.

## ORDER

THIS MATTER is before the Court on Respondent's Unopposed Motion to Stay [doc. #20, filed February 24, 2009]. The Court having reviewed the Motion and being fully advised in the premises therein, it is hereby

ORDERED that Respondent's Unopposed Motion to Stay [doc. #20, filed February 24, 2009] is **GRANTED**. This case is **STAYED** in its entirety until **March 18, 2009**. The parties shall file a motion to dismiss or status report not later than **March 18, 2009**.

Dated: February 26, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge