IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01834-WYD-KLM

N-A-M-,

     Petitioner,

v.

JOHN LONGSHORE, Acting Field Office Director, Office of Detention and Removal, Immigration & Customs Enforcement, Department of Homeland Security,

     Respondent.

## ORDER

THIS MATTER is before the Court on Petitioner's Attorney's Motion for Attorneys' Fees, Costs, And Other Expenses Under The Equal Access To Justice Act With Supporting Memorandum [doc. # 30], filed October 5, 2009.  In the Motion, Petitioner's Attorney asks for $23,859.44, with $23,654 in attorneys fees and $204.94 in costs and expenses for representing Petitioner in a Habeas petition and Temporary Restraining Order, ("TRO"). At the motion hearing on November 3, 2009, the Court heard argument and announced its decision on the motion.

For the reasons stated on the record, it is hereby

ORDERED that Petitioner's Attorney's Motion for Attorneys' Fees, Costs, And Other Expenses Under The Equal Access To Justice Act With Supporting Memorandum [doc. # 30], filed October 5, 2009, is **GRANTED**. It is

Further ORDERED that Petitioner's Attorney is awarded $23,859.44, which represents $23,654 in attorneys fees and $204.94 in costs and expenses.

-2-

Dated:  November 3, 2009.

            BY THE COURT:


            s/ Wiley Y. Daniel
            Wiley Y. Daniel
            Chief United States District Judge